IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wiggins, Tomika

Printed: 12/02/08

Case Number: 08 B 17833
Judge: Hollis, Pamela S
Filed: 7/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 525.00 |  |
| Secured: |  | 62.46 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 427.96 |
| Trustee Fee: |  | 34.58 |
| Other Funds: |  | 0.00 |
| Totals: | 525.00 | 525.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 3,073.00 | 427.96 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 4. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 5. | Monterey Collection Service | Secured | 1,704.86 | 62.46 |
| 6. | Litton Loan Servicing | Secured | 17,467.27 | 0.00 |
| 7. | Dyck O'Neal Inc | Secured | 3,163.57 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 56.48 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 32.43 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 41.37 | 0.00 |
| 11. | B-Real LLC | Unsecured | 49.04 | 0.00 |
| 12. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Dental Collection Firm Inc | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 17. | Verizon Wireless Midwest | Unsecured |  | No Claim Filed |
| 18. | Lou Harris | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,588.02 | $ 490.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 4.34 |
| 6.6% | 30.24 |
|  | $ 34.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Wiggins, Tomika | Case Number:  08 B 17833 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/02/08 | Filed:  7/11/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

